# Aldridge Pite, LLP

40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

January 27, 2022

Judge Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

| | |
|---|---|
| **Re:** | **Carmen Nieves** |
| **Creditor:** | **Community Loan Servicing, LLC** |
| **Case:** | **20-22720-rdd** |

Dear Judge Robert D. Drain:

Our office represents Community Loan Servicing, LLC in this matter. The Order directing Loss Mitigation was entered on September 2, 2021. This file was transferred to our Firm and we filed the Creditor affidavit on September 9. 2021.

The next loss mitigation hearing is set for February 1, 2022. In this matter, Debtor was offered a COVID forbearance, which suspended certain payments in 2020. The parties are currently working to come up with a repayment resolution for the months that were included in the forbearance versus a standard loan modification. In addition, Debtor has requested an accounting to show application of payments made during and post-forbearance period. Additional time is needed to work out an agreement and provide the requested history. The parties have consented to adjourn this matter to March 14, 2022.

    Thank you for your time and consideration.

                                    Respectfully,

                                    /s/ Jenelle Arnold
                                    Jenelle Arnold, Esq.

You may request a copy of this notice in an alternative, reasonably accommodatable format selected by Aldridge Pite, LLP such as large print, Braille, audio compact disc or other means, by calling Aldridge Pite, LLP at (631) 454-8059.